IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDWIN DE'MON MALLARD**                                                                **PLAINTIFF**

**v.**                          **CIVIL ACTION NO. 1:25-cv-64-TBM-RPM**

**KIA FINANCE AMERICA**                                                **DEFENDANT**

<u>**JUDGMENT**</u>

This matter having come before the Court on KIA Finance America's Motion to Dismiss [8], the Court, after a full review and consideration of the motion and the relevant legal authority, finds that in accordance with the Memorandum Opinion and Order entered this same day,

IT IS ORDERED AND ADJUDGED that KIA Finance America's Motion to Dismiss [8] is granted.

This civil action is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

This, the 4th day of March, 2026.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**